1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   GEORGE J. ZISER, SB# 51879
2    E-Mail: ziser@lbbslaw.com
   PAMELA M. FERGUSON, SB# 202587
3    E-Mail: ferguson@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendants
   PAYLESS SHOESOURCE, INC.,
7  COLLECTIVE BRANDS, INC, and
   VOICE-MAIL BROADCASTING CORPORATION

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  MOHAMMAD KAZEMI, individually and on      )  CASE NO.  CV09-5142 MHP
    behalf of a class of similarly situated     )  CLASS ACTION
13  individuals,                                 )  The Hon. Marilyn Hall Patel
                                                 )  Dept.: 15
14              Plaintiff,                        )
                                                 )  [PROPOSED] ORDER GRANTING EX
15  v.                                           )  PARTE MOTION FOR LEAVE OF COURT
                                                 )  TO FILE MOTION TO DISMISS, OR
16  PAYLESS SHOESOURCE, INC., a Missouri        )  ALTERNATIVELY SHORTENING TIME
    corporation, COLLECTIVE BRANDS, INC., a     )  FOR HEARING ON MOTION FOR LEAVE
17  Delaware corporation, and VOICE-MAIL         )  OF COURT TO FILE MOTION TO
    BROADCASTING CORPORATION d/b/a              )  DISMISS
18  VOICE & MOBILE BROADCAST                     )
    CORPORATION a/k/a VMBC,                      )
19                                               )  Date:      December 21, 2009
                Defendants.                      )  Time:      900 a.m.
20  _____     )  Ctrm.:     15

                                                    TRIAL DATE:          None Set
21

22

23      Motion having been made by defendants PAYLESS SHOESOURCE, INC., COLLECTIVE

24  BRANDS, INC., and VOICE-MAIL BROADCASTING CORPORATION d/b/a VOICE &

25  MOBILE BROADCAST CORPORATION a/k/a VMBC (hereinafter "Defendants") for an order

26  granting leave of court to file a motion to dismiss, with proof having been made to the satisfaction

27  of the Court, and good cause appearing therefor

28      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4845-6056-4997.1

1       1. Defendants are granted leave of Court to file a motion to dismiss prior to the scheduled

2   Case Management Conference set for February 22, 2010.

3       2. The [proposed] motion to dismiss is deemed filed by this Court as of the date of this

4   Order. Plaintiffs' opposition shall be filed on or before February 8, 2010, defendants' reply shall
    be filed on or before February 15, 2010.  A hearing is set down in this matter on March 8,
5   2010 at 2:00 p.m.

6   **IT IS SO ORDERED.**

7

8

9   DATED:_____01/15/10_____

10

United S_____

Judge Marilyn H. Patel

11

12

13

14  **OR ALTERNATIVELY,**

15

16

17      On December ____, 2009 at the hour of _____, the *ex parte* motion of Defendants

18  PAYLESS SHOESOURCE, INC., COLLECTIVE BRANDS, INC., and VOICE-MAIL

19  BROADCASTING CORPORATION d/b/a VOICE & MOBILE BROADCAST CORPORATION

20  a/k/a VMBC (hereinafter "Defendants") for an order shortening time for hearing on Defendants'

21  motion for leave of court to file a motion to dismiss came on for consideration before this honorable

22  Court.

23      After considering the papers filed with the Court and the Court file in this matter, the Court

24  finds as follows:

25      Defendants' *ex parte* motion for an order shortening time is GRANTED.  The hearing on

26  Defendant's Motion for leave of Court to file a motion to dismiss will occur on _____

27  at _____ in Department _____ of this Court.

28      The moving papers shall be served and filed on or before _____.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4845-6056-4997.1                                    -2-
[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO FILE MOTION TO
DISMISS

1    Opposition papers shall be served and filed by the close of business on _____.

2    Defendants' reply brief shall be served and filed by the close of business on _____.

3    Defendants' are granted  ten (10) days from this date of this Order to file an alternative

4    responsive pleading in lieu of the stipulated December 14, 2009 deadline.

5

6    **IT IS SO ORDERED**.

7

8    DATED: _____

    _____
    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**

[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO FILE MOTION TO
DISMISS