1  JEFFREY F. KELLER (SBN 148005)
   **KELLER GROVER, LLP**
2  425 Second Street, Suite 500
   San Francisco, California 94107
3  Telephone: (415) 543-1305
   Facsimile: (415) 543-7861
4  jfkeller@kellergrover.com

5  JOHN G. JACOBS (*PRO HAC VICE*)
   BRYAN G. KOLTON (*PRO HAC VICE*)
6  **JACOBS KOLTON, CHTD.**
   122 South Michigan Avenue, Suite 1850
7  Chicago, Illinois 60603
   Telephone: (312) 427-4000
8  Facsimile: (312) 427-1850
   jgjacobs@jacobskolton.com
9  bgkolton@jacobskolton.com

10  Attorneys for Plaintiff and the Putative Class

PAMELA M. FERGUSON (SBN 202587)
   E-Mail: ferguson@lbbslaw.com
JEFFREY LISENBEE (SBN 265518)
   E-Mail: lisenbee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD &
SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys For Defendants Payless
Shoesource, Inc and Collective Brands, Inc.

WILLIAM E. RANEY (*PRO HAC VICE*)
**COPILEVITZ AND CANTER, LLC**
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 277-0856
Facsimile: (816) 472-5000
braney@cckc-law.com

Attorney for Defendant Voice-Mail
Broadcasting Corporation

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD KAZEMI, individually and on behalf of a class of similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation, COLLECTIVE BRANDS, INC., a Delaware corporation, and VOICE-MAIL BROADCASTING CORPORATION d/b/a VOICE & MOBILE BROADCAST CORPORATION a/k/a VMBC, )<br><br>Defendants. ) | Case No. 09-cv-5142 MHP<br><br>CLASS ACTION<br><br>**STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PENDING MEDIATION; (PROPOSED) ORDER** |

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.

1    Plaintiff Mohammad Kazemi ("Plaintiff") and Defendants Payless Shoesource, Inc.

2 ("Payless"), Collective Brands, Inc., and Voice-mail Broadcasting Corporation ("VMBC")

3 (collectively "Defendants"), by and through their respective counsel, hereby enter into the

4 following Stipulation seeking a continuance of the filing date for Plaintiffs' motion for class

5 certification pending the parties' mediation of Plaintiff's claims. This Stipulation is made

6 and entered into by the parties based on the following facts:

7    On March 12, 2010, this Court entered an Order denying Defendants' motion to

8 dismiss Plaintiff's complaint.   Since that date, Plaintiff has diligently sought class

9 certification related discovery from Defendants, including the issuance of requests for

10 production of documents to each of the Defendants and issuance of 30(b)(6) deposition

11 notices to defendants Payless and VMBC.

12    In mid July, while the parties were engaged in the process of class certification

13 related discovery, the parties began discussing the possibility of mediation and settlement of

14 this litigation.  In accordance with their discussions and to further the process, defendant

15 Payless retained the counsel of Venable LLP to aid in the settlement process and to act as

16 settlement counsel for it, separate and apart from their litigation counsel.

17    In light of reaching an agreement to pursue mediation of Plaintiff's claims, the parties

18 agreed to temporarily halt formal class certification related discovery and devote their

19 energies and resources toward settlement.  Class certification related discovery has not yet

20 been completed; depositions pursuant to Plaintiff's 30(b)(6) notices have been continued per

21 agreement of the parties to focus on mediation instead." Nevertheless, the parties have

22 continued to work together to conduct an informal exchange of information necessary to

23 adequately mediate Plaintiff's claims.

24    Following due diligence work by both sides on potential mediators and checking on

25 the availability of potential mediators, the parties have agreed to mediate the matter before

26 the Honorable Nicholas Politan (ret.).  The schedule (which is necessitated by the schedules

27

28

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.
Case No. 09-cv-5142 MHP

1

1   of the mediator, settlement counsel and General Counsel of Payless) calls for the parties to
2   exchange two rounds of mediation submissions in October and to have the mediation occur
3   in New York City on November 16, 2010.

4          Plaintiff's motion for class certification is currently scheduled to be filed by
5   September 13, 2010. In light of the pending mediation, the parties believe it makes sense to
6   defer the discovery and briefing of class certification pending the mediation. If the mediation
7   is successful, the case will likely be resolved by the time class certification briefing would
8   have been completed under the prior schedule. If mediation is not successful, then the parties
9   would suggest a resumption of discovery and the filing of plaintiff's class certification motion
10   by January 14, 2011, defendants to respond by February 14, 2011, and plaintiffs reply by
11   March 14, 2011.

12          This is the parties' first request for a continuance in this case and no trial date has yet
13   been set that will be impacted by the parties' request.

14          Accordingly, the undersigned parties **HEREBY STIPULATE AND AGREE** as
15   follows:

16      1.     Plaintiffs' motion for class certification shall be filed no later than January 14,
17   2011.

18      2.     Defendants shall have thirty (30) days from the filing date of Plaintiff's
19   motion for class certification to file any opposition.

20      3.     Plaintiff shall have thirty (30) days from the filing of Defendants' opposition
21   to file his reply.

22      4.     The thirty-day periods in paragraphs 2 and 3 above set for responses shall be
23   subject to the right of any party to seek deposition testimony of any declarant offered in
24   support of or opposition to class certification. The parties agree to submit a revised briefing
25   schedule should such additional deposition(s) be necessary in order to complete such
26   deposition(s) and the transcripts available for the filing of such briefs."

27

28

1     **IT IS SO STIPULATED.**

2

3     Dated: September 1, 2010               Respectfully submitted,

4                               **KELLER GROVER, LLP**

5

6                      By: /s/ Carey G. Been
                            Carey G. Been

7
                     Attorneys for Plaintiff
8                      and the Putative Class and Sub-Class

9                      **LEWIS BRISBOIS BISGAARD**
10                      **SMITH LLP**
                     By: /s/ Pamela Ferguson
11

12                      Pamela Ferguson

13                      Attorney for Defendants
                     Payless Shoesourse, Inc. and Collective
14                      Brands, Inc.

15                      **COPILEVITZ AND CANTER, LLC**
                     By: /s/ William E. Raney
16

17                      William E. Raney

18                      Attorney for Defendants
                     Voice-Mail Broadcasting Corporation
19                      d/b/a Voice & Mobile Broadcast
20                      Corporation a/k/a VMBC

21

22

23

24

25

26

27

28

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.

3

1        [Proposed] ORDER

2        GOOD CAUSE HAVING BEEN SHOWN, the filing date for Plaintiff's motion for

3    class certification shall be re-set from September 13, 2010 to January 14, 2011. Defendants

4    shall have thirty (30) days from the filing date of Plaintiff's motion for class certification to

5    file any opposition and Plaintiff shall have thirty (30) days from the filing date of the

6    opposition to file a reply.

7        IT IS SO ORDERED.

8

9    Dated: 9/2/10

10                                          Honorable MARILYN HALL PATEL
                                            United States District Court Judge
11                                          Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.
4

1
2

**FEDERAL COURT PROOF OF SERVICE**
*Kazemi v. Payless, et al.*
USDC Case No. CV09-5142 MHP

3 STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

4
5

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

6
7

On September 1, 2010, I served the following document(s): **STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PENDING MEDIATION; (PROPOSED) ORDER**

8
9

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Attorneys for Plaintiff** | **Co-Counsel for Defendants, Payless, etc.** |
|---|---|
| Jeffrey F. Keller, Esq. | William E. Raney, Esq. (*pro hac vice*) |
| Keller Grover, LLP | Copilevitz and Canter, LLC |
| 425 Second Street, Suite 500 | 310 W. 20th Street, Suite 300 |
| San Francisco, CA 94107 | Kansas City, MO 64108 |
| Phone: 415/543-1305 | Phone: 816/277-0856 |
| Fax: 415/543-7861 | Fax: 816/472-5000 |
| jfkeller@kellergrover.com | braney@cckc-law.com |
| - - - and - - - | |
| John G. Jacobs, Esq. (*pro hac vice*) | |
| Bryan G. Kolton, Esq. (*pro hac vice*) | |
| The Jacobs Law Firm, CHTD. | |
| 122 South Michigan Avenue, Suite 1850 | |
| Chicago, IL 60603 | |
| Phone: 312/427-4000 | |
| Fax: 312/427-1850 | |
| jgjacobs@thejacobslawfirm.com | |
| bgkolton@thejacobslawfirm.com | |

19

The documents were served by the following means:

20
21

[X] **(BY ELECTRONIC TRANSMISSION) Attorneys, as shown above, were served with the document on the Court's ECF electronic filing system via electronic notice of this filing.**

22
23

[] (BY REGULAR U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

24
25

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 1, 2010, at San Francisco, California.

26
27

Arleigh Koulax

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-7954-7909.1