VENABLE LLP
DOUGLAS C. EMHOFF (SBN 151049)
Email: demhoff@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:    (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys Defendants Payless Shoesource, Inc.
and Collective Brands, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD KAZEMI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation, COLLECTIVE BRANDS, INC., a Delaware corporation, and VOICE-MAIL BROADCASTING CORPORATION d/b/a VOICE & MOBILE BROADCAST CORPORATION a/k/a VMBC,<br><br>Defendants. | CASE NO. 3:09-cv-05142 (MHP)<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:  October 29, 2009 |

PLEASE TAKE NOTICE that Venable LLP, by the undersigned, hereby enters its appearance as counsel of record for Defendants Payless Shoesource, Inc. and Collective Brands, Inc. in the above-referenced action. All inquiries, notices, pleadings and court documents should be served upon the undersigned.

Dated: December 20, 2010                              VENABLE LLP


                                                      By: _____/s/ Douglas C. Emhoff_____
                                                              Douglas C. Emhoff
                                                      Attorneys for Defendants Payless Shoesource,
                                                      Inc. and Collective Brands, Inc.

LA 290615\042466-290535                               NOTICE OF APPEARANCE
                                                      (3:09-cv-05142(MHP))