| | |
|---|---|
| JEFFREY F. KELLER (SBN 148005)<br>CAREY G. BEEN (SBN 240996)<br>**KELLER GROVER LLP**<br>425 Second Street, Suite 500<br>San Francisco, California 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>jfkeller@kellergrover.com<br>cbeen@kellergrover.com<br><br>JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*)<br>**JACOBS KOLTON, CHTD.**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 427-1850<br>jgjacobs@ jacobskolton.com<br>bgkolton@ jacobskolton.com<br><br>Attorneys for Plaintiff and the Putative Class | IAN D. VOLNER (*PRO HAC VICE*)<br>EDWARD P. BOYLES (*PRO HAC VICE*)<br>**VENABLE LLP**<br>1270 Avenue of the Americas, 25th Floor<br>New York, New York 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br>IDVolner@Venable.com<br>EPBoyle@Venable.com<br><br>Attorneys For Defendants Payless<br>ShoeSource, Inc and Collective Brands, Inc.<br><br>WILLIAM E. RANEY (*PRO HAC VICE)*<br>**COPILEVITZ AND CANTER, LLC**<br>310 W. 20th Street, Suite 300<br>Kansas City, Missouri 64108<br>Telephone: (816) 277-0856<br>Facsimile: (816) 472-5000<br>braney@cckc-law.com<br><br>Attorney for Defendant Voice-Mail<br>Broadcasting Corporation |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD KAZEMI, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>    v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation, COLLECTIVE BRANDS, INC., a Delaware corporation, and VOICE-MAIL BROADCASTING CORPORATION d/b/a VOICE & MOBILE BROADCAST CORPORATION a/k/a VMBC,<br><br>                Defendants. | Case No.  09-cv-5142 MHP<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PENDING SETTLEMENT** |

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.

Plaintiff Mohammad Kazemi ("Plaintiff") and Defendants Payless ShoeSource, Inc. ("Payless"), Collective Brands, Inc., and Voice-mail Broadcasting Corporation ("VMBC") (collectively "Defendants"), by and through their respective counsel, hereby enter into the following Stipulation seeking a continuance of the filing date for Plaintiff's motion for class certification pending the parties' settlement of Plaintiff's claims. This Stipulation is made and entered into by the parties based on the following facts:

Plaintiff's motion for class certification was initially scheduled to be filed on September 13, 2010. On September 1, 2010 the parties filed a stipulation with the Court requesting an extension of the deadline for Plaintiff's motion until January 14, 2011, pending a mediation to be held by the parties on November 15 and 16, 2010 before the Honorable Nicholas Politan. The Court signed that stipulation into Order on September 2, 2010.

On November 15 and 16, 2010 the parties attended the mediation. At the mediation Plaintiff and defendant Payless reached an agreement in principle on the settlement of Plaintiff's claims. The agreement in principle was set forth in a memorandum of understanding signed by both Plaintiff and a company official for Payless. The parties further agreed that should a settlement based on the terms of the agreement in principle become final, Plaintiff's claims would be dismissed as to all parties.

Plaintiff's counsel and counsel for Payless have since worked diligently in the preparation of a final settlement agreement, as well as several supporting documents including multiple forms of class notice. Despite their best efforts, the Thanksgiving, Christmas and New Years holidays have introduced some degree of delay and difficulty into the coordination and preparation of such documents and the parties remain in the process of negotiating and preparing a final settlement agreement that sets forth specific terms and language agreeable to all parties.

In light of the pending settlement agreement, the parties believe it makes sense to further defer briefing of class certification while the parties attempt to finalize the settlement agreement and supporting documents. The parties therefore request a modest additional extension of the deadline for Plaintiff's motion for class certification until February 1, 2011. Should the filing of

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.
Case No.  09-cv-5142 MHP                                                                                          1

1  Plaintiff's motion for class certification ultimately be found necessary, Defendants' response
2  would be due by March 1, 2011 and Plaintiff's reply would be due by April 1, 2011.
3       No trial date has yet been set that will be impacted by the parties' request.
4       Accordingly, the undersigned parties **HEREBY STIPULATE AND AGREE** as follows:
5       1.    Plaintiffs' motion for class certification shall be filed no later than February 1,
6  2011.
7       2.    Defendants opposition to Plaintiff's motion for class certification shall be due no
8  later than March 1, 2011.
9       3.    Plaintiff reply shall be due no later than April 1, 2011.
10      **IT IS SO STIPULATED.**

Dated:  January 7, 2011                         Respectfully submitted,

**KELLER GROVER LLP**

By:  /s/ Carey G. Been
       Carey G. Been

Attorneys for Plaintiff
and the Putative Class and Sub-Class

**VENABLE LLP**

By:  /s/ Ian D. Volner
       Ian D. Volner

Attorneys for Defendants Payless
ShoeSource, Inc.; Collective Brands, Inc.

**COPILEVITZ AND CANTER, LLC**

By:  /s/ William E. Raney
       William E. Raney

Attorneys for Defendants Voice-Mail
Broadcasting Corporation d/b/a Voice &
Mobile Broadcast Corporation a/k/a
VMBC

1  **[Proposed] ORDER**

2  GOOD CAUSE HAVING BEEN SHOWN, the filing date for Plaintiff's motion for class
3  certification shall be re-set from January 14, 2011 to February 1, 2011.  Defendants' opposition
4  shall be due no later than March 1, 2011 and Plaintiff's reply shall be due no later than April 1,
5  2011.

6  **IT IS SO ORDERED.**

7

8

9  Dated:  January 7, 2011  _____



10  Honorable
    United Sta
    Northern D

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING STIP. TO CONTINUE  Case No.  09-cv-5142 MHP

1

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Ian D. Volner and William E. Raney. I shall maintain records to support this concurrence for subsequent production to the Court if so ordered for inspection upon the request of any party.

By:  /s/ Carey G. Been
    Carey G. Been

Attorneys for Plaintiff
and the Putative Class and Sub-Class

GENERAL ORDER 45 ATTESTATION                     Case No.  09-cv-5142 MHP