JEFFREY F. KELLER (SBN 148005)
**KELLER GROVER, LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
jfkeller@kellergrover.com

JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
**JACOBS KOLTON, CHTD.**
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850
jgjacobs@ jacobskolton.com
bgkolton@ jacobskolton.com

Attorneys for Plaintiff and the Putative Class

IAN D. VOLNER (*PRO HAC VICE*)
EDWARD P. BOYLES (*PRO HAC VICE*)
**VENABLE LLP**
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
IDVolner@Venable.com
EPBoyle@Venable.com

Attorneys For Defendants Payless
Shoesource, Inc and Collective Brands, Inc.

WILLIAM E. RANEY (*PRO HAC VICE)*
**COPILEVITZ AND CANTER, LLC**
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 277-0856
Facsimile: (816) 472-5000
braney@cckc-law.com

Attorney for Defendant Voice-Mail
Broadcasting Corporation

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD KAZEMI, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>   v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation, COLLECTIVE BRANDS, INC., a Delaware corporation, and VOICE-MAIL BROADCASTING CORPORATION d/b/a VOICE & MOBILE BROADCAST CORPORATION a/k/a VMBC,<br><br>                Defendants. | Case No.  09-cv-5142 MHP<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PENDING SETTLEMENT** |

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.

1   Plaintiff Mohammad Kazemi ("Plaintiff") and Defendants Payless ShoeSource, Inc. ("Payless"), Collective Brands, Inc., and Voice-mail Broadcasting Corporation ("VMBC") (collectively "Defendants"), by and through their respective counsel, hereby enter into the following Stipulation seeking a continuance of the filing date for Plaintiff's motion for class certification pending the parties' settlement of Plaintiff's claims.  This Stipulation is made and entered into by the parties based on the following facts:

   Plaintiff's motion for class certification was initially scheduled to be filed on September 13, 2010.  On September 1, 2010 the parties filed a stipulation with the Court requesting an extension of the deadline for Plaintiff's motion until January 14, 2011, pending a mediation to be held by the parties on November 15 and 16, 2010 before the Honorable Nicholas Politan.  The Court signed that stipulation into Order on September 2, 2010.

   On November 15 and 16, 2010 the parties participated in two full days of  mediation.  At the mediation Plaintiff and defendant Payless reached an agreement in principle on the settlement of the lawsuit..  The agreement in principle was set forth in a memorandum of understanding signed by both Plaintiff and a company official for Payless.  The parties further agreed that should a settlement based on the terms of the agreement in principle become final, Plaintiff's claims and those of the putative class would be dismissed as to all parties.

   Despite their best efforts, the Thanksgiving, Christmas and New Years holidays introduced some degree of delay and difficulty into the coordination and preparation of such documents and the parties remained in the process of negotiating and preparing a final settlement agreement that set forth specific terms and language agreeable to all parties.

   On January 7, 2011, the parties filed a stipulation with the Court requesting an extension of the deadline for Plaintiff's motion until February 1, 2011.  The Court signed that stipulation into Order on January 7, 2011.

Plaintiff's counsel and counsel for Payless have since worked diligently in the preparation of a final settlement agreement, as well as several supporting documents including multiple forms of class notice. Despite their best efforts, there has been some additional delay and difficulty in the coordination and preparation of such documents. The parties remain in the process of negotiating and preparing a final settlement agreement that sets forth specific terms and language agreeable to all parties, and are convinced that a final settlement agreement, as well as supporting documents, will be completed no later than February 24, 2011.

In light of the pending settlement agreement, the parties believe it makes sense to further defer briefing of class certification while the parties attempt to finalize the settlement agreement and supporting documents. The parties therefore request a modest additional extension of the deadline for the finalization and execution of the settlement agreement until February 24, 2011. Should, against expectations, the filing of Plaintiff's motion for class certification ultimately be found necessary, the parties suggest a schedule for class certification as follows: Plaintiff's motion for class certification to be filed no later than March 31, 2011, Defendants' response would be due by April 28, 2011 and Plaintiff's reply would be due by May 19, 2011. The parties, however, do not expect that to eventuate.

No trial date has yet been set that will be impacted by the parties' request.

Accordingly, the undersigned parties **HEREBY STIPULATE AND AGREE** as follows:

1. The parties shall have until February 24, 2011 to finalize and execute a settlement agreement.
2. If a settlement has not been executed by then, Plaintiffs' motion for class certification shall be filed no later than March 31, 2011.
3. Defendants' opposition to Plaintiff's motion for class certification shall be due no later than April 28, 2011.

3. Plaintiff reply shall be due no later than May 19, 2011.

**IT IS SO STIPULATED.**

Dated: January 31, 2011                                   Respectfully submitted,

                                              **JACOBS KOLTON, CHTD.**

By: /s/ Bryan G. Kolton
     Bryan G. Kolton

Attorneys for Plaintiff
and the Putative Class and Sub-Class

**VENABLE LLP**

By: /s/ Ian D. Volner
     Ian D. Volner

Attorney for Defendants
Payless Shoesource, Inc. and Collective Brands, Inc.

**COPILEVITZ AND CANTER, LLC**

By: /s/ William E. Raney
     William E. Raney

Attorney for Defendant
Voice-Mail Broadcasting Corporation
d/b/a Voice & Mobile Broadcast
Corporation a/k/a VMBC

---

STIP. TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR CLASS CERT.
3

1  [~~Proposed~~] ORDER

2  GOOD CAUSE HAVING BEEN SHOWN, the parties shall have until February 24,
3  2011 to finalize and execute a settlement agreement.  If a settlement has not been executed
4  by then, Plaintiffs' motion for class certification shall be filed no later than March 31, 2011.
5  Defendants' opposition shall be due no later than April 28, 2011 and Plaintiff's reply shall be
6  due no later than May 19, 2011.

8  **IT IS SO ORDERED.**

10  Dated: __2/1/2011__



Hon_____
United_____
North_____ornia