JEFFREY F. KELLER (SBN 148005)
**KELLER GROVER, LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
jfkeller@kellergrover.com

JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
**JACOBS KOLTON, CHTD.**
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850
jgjacobs@ jacobskolton.com
bgkolton@ jacobskolton.com

Attorneys for Plaintiff and the Settlement Class

IAN D. VOLNER (PRO HAC VICE)
**VENABLE, LLP**
575 7th Street, NW
Washington, DC 20004
Telephone: 202-344-4000
Facsimile: 202-344-8300
idvolner@venable.com

Attorneys For Defendant Payless Shoesource, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD KAZEMI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation, COLLECTIVE BRANDS, INC., a Delaware corporation, and VOICE-MAIL BROADCASTING CORPORATION d/b/a VOICE & MOBILE BROADCAST CORPORATION a/k/a VMBC,<br><br>Defendants. | Case No.  09-cv-5142 EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD TO THE CLASS REPRESENTATIVE**  ; ORDER |

STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD

1 Plaintiff Mohammad Kazemi ("Plaintiff") and Defendant Payless Shoesource, Inc. ("Payless" or "Defendant"), by and through their respective counsel, hereby enter into the following Stipulation seeking a continuance of the filing date for Plaintiff's motion for an award of attorneys' fees and expenses and incentive award to the class representative from October 5, 2011 to October 13, 2011.  This Stipulation is made and entered into by the parties based on the following facts:

On March 31, 2011, Plaintiff filed a motion for preliminary approval of a class action settlement agreement into which the parties had entered, which motion was to be presented on April 25, 2011.  (Docket No. 53.)   The Court (per Judge Patel to whom the case was originally assigned, and then per Judge Chen to whom it was transferred) ordered supplemental briefing on specified issues, which supplemental briefing was supplied (Docket Nos. 61, 63, 70 and 72).  On September 6, 2011, this Court entered its Order (Docket No. 76), granting preliminary approval to the class action settlement. The said Order specified, *inter alia,* that plaintiff should file any petition for an award of attorneys' fees and expenses and an incentive award to the class representative no later than October 5, 2011.

The schedule of the undersigned counsel for Plaintiff during the time since the entry of the Order has been particularly onerous and despite diligent efforts, counsel does not feel able to file an appropriate petition without obtaining a short extension, until October 13, 2011.

Accordingly, the undersigned parties **HEREBY STIPULATE AND AGREE** as follows, subject to the approval of the Court:

1. Plaintiff's time for filing a petition for an award of attorneys' fees and expenses and an incentive award to the class representative shall be extended to October 13, 2011.

2. No other dates specified in the Court's September 6, 2011 Order shall be affected or changed by this Stipulation.

STIPULATION TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD
Case No.  09-cv-5142 EMC

1

**IT IS SO STIPULATED.**

Dated:  October 5, 2011                          Respectfully submitted,

**JACOBS KOLTON, CHARTERED**

By: /s/ John G. Jacobs
      John G. Jacobs

Attorneys for Plaintiff
and the Settlement Class

**VENABLE, LLP**

By: /s/ Ian D. Volner
      Ian D. Volner

Attorney for Defendant Payless
Shoesource, Inc.

**IT IS SO ORDERED.**

Dated: October 5, 2011

Honorable
United States
Northern District

IT IS SO ORDERED
Judge Edward M. Chen

---

STIPULATION TO CONTINUE FILING DATE OF PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Ian D. Volner.  I shall maintain records to support this concurrence for subsequent production to the Court if so ordered for inspection upon the request of any party.

By: /s/ John G. Jacobs
John G. Jacobs

One of The Attorneys for Plaintiff
and the Setlement Class