JEFFREY F. KELLER (SBN 148005)
jfkeller@kellergrover.com
**KELLER GROVER, LLP**
1965 Market Street, Suite 500
San Francisco, California 94103
Telephone: 415- 543-1305
Facsimile: 415-543-7861

JOHN G. JACOBS *(Pro Hac Vice)*
BRYAN G. KOLTON *(Pro Hac Vice)*
jgjacobs@jacobskolton.com
bgkolton@jacobskolton.com
**JACOBS KOLTON, CHTD.**
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

*Attorneys for Plaintiff and the Putative Class*

IAN D. VOLNER *(Pro Hac Vice)*
idvolner@venable.com
**VENABLE LLP**
575 7th Street, NW
Washington, DC 20004
Telephone: 202-344-4000,
Facsimile: 202-344-8300

EDWARD P. BOYLE *(Pro Hac Vice)*
epboyle@venable.com
**VENABLE LLP**
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: 212-307-5500,
Facsimile: 212-307-5598

*Attorneys for Defendant Payless Shoesource, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| MOHAMMAD KAZEMI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC., et al.,<br><br>Defendants. | Case No. CV09-5142 EMC<br><br>CLASS ACTION<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR APPROVAL OF ATTORNEY'S FEES** |

Plainitff Mohammad Kazemi ("Plaintiff") and Defendant Payless Shoesource, Inc. ("Payless"), by and through their respective counsel, hereby stipulate to the continuance of the hearing currently scheduled in this action for March 2, 2012 at 1:30 p.m. on (1) Plaintiff's Motion for Final Approval of Class Action Settlement, and (2) Plaintiff's Motion for Approval of Attorney's

Fees and Expenses and Class Representative Incentive Award (the "Hearing"). The reason for the continuance is that Payless's lead counsel on this matter, Ian Volner, will be out of the country on the date scheduled for the Hearing, and is unable to reschedule his travel plans. Counsel for the parties request that the Hearing be continued to March 23, 2012, at 1:30 p.m.

This is the first request to continue the Hearing. No trial date has been set which would be impacted by the parties' request. No party will be prejudiced by this three-week continuance of the Hearing. The time for class members to object to the proposed settlement has passed, and no objections have been submitted. There has been one opt-out. If the continuance is granted, the settlement administrator will post the new Hearing date on the class settlement website that has been set up for this case.

Accordingly, the parties respectfully request that the Hearing be continued until March 23, 2012, at 1:30 p.m.

Dated: February 10, 2012

Respectfully Submitted,

**VENABLE LLP**

By: /s/ Ian D. Volner
IAN D. VOLNER

By: /s/ Edward P. Boyle
EDWARD P. BOYLE

*Attorneys for Defendant Payless Shoesource, Inc.*

**JACOBS KOLTON, CHTD.**

By: /s/ John G. Jacobs
JOHN G. JACOBS

*Attorneys for Plaintiff and the Putative Class*

### [Proposed] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the hearing in this action on (1) Plaintiff's Motion for Final Approval of Class Action Settlement, and (2) Plaintiff's Motion for Approval of Attorney's Fees and Expenses and Class Representative Incentive Award (the "Hearing") shall be continued from March 2, 2012 at 1:30 p.m. until March 23, 2012, at 1:30 p.m. The settlement administrator shall post the new hearing date on the class settlement website that has been set up for this case. In addition, Payless shall post the new hearing date on its own website.

**IT IS SO ORDERED.**

Dated: __2/14/12_____



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

**MOTION TO CONTINUE HEARING ON FINAL APPROVAL OF CLASS SETTLEMENT**　　　　CV 09-5142 MHP

3